AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| SUSAN SPATH HEGEDUS, INC.<br>*Plaintiff(s)*<br>v.<br>CHUBB LTD; ACE FIRE UNDERWRITERS INSURANCE COMPANY<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.   20-2832 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

   Chubb Ltd.
   c/o CT Corporation System
   600 N. Second Street, Suite 401
   Harrisburg, PA 17101

A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gary F. Lynch
1133 Penn Avenue
5th Floor
Pittsburgh, Pa 15222

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   6/16/2020

s/ *Joseph Lavin*
*Signature of Clerk or Deputy Clerk*

Civil Action No. 20-2832

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Chubb Ltd.
was received by me on *(date)* 6/16/2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Stefoni Murphy, Staff Support CT Corporation System, 600 N. Second Street, Suite 401, , who is designated by law to accept service of process on behalf of *(name of organization)*
Chubb Ltd. on *(date)* 6/17/2020  12:13 PM  ; or

☐ I returned the summons unexecuted because _____ ; or

Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 6/17/2020

*Server's signature*

Richard Kreitzer, Process Server
*Printed name and title*

49941

164 Creekside Drive, Enola , PA 17025
*Server's address*

Additional information regarding attempted service, etc:
Stefoni Murphy Gender: Female  Race/Skin: Caucasian   Age: 35 yrs. old   Weight: 130 lbs.   Height: 5'5"   Hair: Black   Glasses: Yes   Other:

Documents Served: Summons in a Civil Action, Class Action Complaint, Exhibits A & B, Civil Cover Sheet, and Case Management Track Designation Form