**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SUSAN SPATH HEGEDUS, INC. d/b/a KERN & CO., <br><br> Plaintiff, <br><br> v. <br><br> CHUBB LTD and ACE FIRE UNDERWRITERS INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:20−cv−02832-TJS |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Susan Spath Hegedus, Inc., by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses without prejudice its claims against Defendant Chubb, Ltd. only.

Dated: September 14, 2020

Respectfully Submitted,

*/s/ Gary F. Lynch*
Gary F. Lynch
CARLSON LYNCH, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
glynch@carlsonlynch.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on September 14, 2020, a true and correct copy of the foregoing was served upon all counsel of record via the Court's electronic filing system.

*/s/ Gary F. Lynch*
Gary F. Lynch