# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SUSAN SPATH HEGEDUS, INC.,** | : | |
| **d/b/a KERN & CO.,** | : | |
| *and on behalf of those similarly situated* | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | |
| **ACE FIRE UNDERWRITERS** | : | **No. 20-2832** |
| **INSURANCE COMPANY,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this **7th** day of **May 2021**, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint, and the responses and replies thereto, and for the reasons outlined in this Court's Memorandum dated May 7, 2021, it is **ORDERED** that Defendant's Motion (Document No. 11) is **DENIED**.

**BY THE COURT:**

**/s/** Berle M. Schiller

**Berle M. Schiller, J.**