### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN SPATH HEGEDUS, INC., : <br> d/b/a KERN & CO., : <br> *and on behalf of those similarly situated* : <br>     Plaintiff, : <br>     v. : <br> : <br> ACE FIRE UNDERWRITERS : <br> INSURANCE COMPANY, : <br>     Defendant. : | CIVIL ACTION <br><br> No. 20-2832 |

### ORDER

**AND NOW**, this **19th** day of **May, 2021,** upon consideration of Defendant, ACE Fire Underwriters Insurance Company's Petition for Certification of the Court's May 7, 2021 Order to Allow for an Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) and Request for Stay, it is hereby **ORDERED, ADJUDGED, AND DECREED**, that the Petition is **GRANTED** and the action is certified for interlocutory appeal pursuant to 28 U.S.C. § 1292(b). It is further **ORDERED** that the proceedings in the instant action are stayed pending the outcome of the appeal.

                                                      **BY THE COURT:**

                                                      **/s/** Berle M. Schiller
                                                      **Berle M. Schiller, J.**