IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN SPATH HEGEDUS, INC. d/b/a KERN & CO.,<br><br>Plaintiff,<br><br>v.<br><br>CHUBB LTD and ACE FIRE UNDERWRITERS INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:20-cv-02832-KBH |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Susan Spath Hegedus, Inc., by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses without prejudice its claims against Defendant Ace Fire Underwriters Insurance Company.

No motion for class certification has been filed, and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules. Further, no opposing party has served either an answer or a motion for summary judgment in the present case.

Dated: December 2, 2024

Respectfully submitted,

*/s/ Kelly K. Iverson*
Kelly K. Iverson
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: (412) 322-9243
F: (412) 231-0246
Kelly@lcllp.com

*Attorney for Plaintiff*